# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS MONTES LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA; a business form unknown; PRLAP INC.; DOES I through X, INCLUSIVE; and ROE CORPORATIONS, I through V, INCLUSIVE,<br><br>    Defendants. | CASE NO. 1:11-cv-00485-LJO-SMS<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT AND EXTENDING LEAVE TO AMEND FOR THIRTY DAYS<br><br>(Doc. 3) |

Plaintiff Jose De Jesus Montes Lopez proceeds in this matter *pro se*. On March 28, 2011, this Court dismissed Plaintiff's complaint for failure to state a claim, but granted Plaintiff leave to file an amended complaint within thirty days. On April 12, 2011, Plaintiff responded by filing a document captioned "Plaintiff's Response to Order to Show Cause," which attempts to further explain the allegations of his original complaint.

Plaintiff was clearly confused by the Court's prior order. No Order to Show Cause was issued. Instead, the Court dismissed Plaintiff's original complaint for failure to state a claim that could be addressed by the Court and granted him leave to file a new complaint within thirty days. This means that the prior complaint no longer exists. To continue his case, Plaintiff must prepare a new complaint, using the Court's March 28, 2011 order as a guide to amending his prior complaint to create an amended complaint that the Court can address.

1   Accordingly, it is HEREBY ORDERED that:

2   1. Plaintiff's Response to Order to Show Cause is hereby stricken;

3   2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint curing the deficiencies identified by the Court in its order dated March 28, 2011; and

6   3. If Plaintiff fails to file an amended complaint within **thirty (30) days** from the date of service of this order, this action will be dismissed with prejudice for failure to state a claim.

IT IS SO ORDERED.

**Dated:   April 16, 2011**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE